## Notice of Private Sale

February 17, 2011

**CERTIFIED MAIL, RRR AND
BY REGULAR MAIL**

Bharat Patel, President
Advent Pharmaceuticals, Inc.
10 Buckingham Drive
East Brunswick, New Jersey 08816

Re:  UPS Capital Business Credit/Advent Pharmaceuticals, Inc.
     Private Secured Party Sale of ANDA 076460 (Ibuprofin tablets and caplets)

Dear Mr. Patel:

    This letter will constitute notice that UPS Capital Business Credit ("Secured Party"), as secured party of Advent Pharmaceuticals, Inc. ("Advent"), has entered into an agreement with PLD Acquisitions, LLC ("Purchaser") as purchaser to sell the rights of Advent in the Abbreviated New Drug Application for USP 200 mg ibuprofen tablets and caplets, ANDA number 076460 (the "ANDA") by private secured party sale pursuant to the Uniform Commercial Code.

    A copy of the Agreement between Secured Party and Purchaser is attached.

    The closing of the sale of the ANDA is scheduled to occur on or after March 4, 2011.

    Request is made that Borrower arrange for the delivery of the following documents with respect to the ANDA to my offices by no later than March 4, 2011, so that those materials can be reviewed by Purchaser for conformity with the requirements of the Agreement, and delivered to Purchaser to effect the sale of the ANDA:

(i)   the contents of an abbreviated application per 21 CFR 314.94;
(ii)  Notice of certification of invalidity or noninfringement of a patent per 21 CFR 314.95;
(iii) Supplements and other changes to an approved abbreviated application per 21 CFR 314.97; and
(iv)  Postmarketing Reports per 21 CFR 314.98;

    Advent is obligated to cooperate with Secured Party to assemble collateral and make it available to Secured Party after default pursuant to N.J.S.A. 12A:9-606(c).

{40338043:1}

Bharat Patel, President
Advent Pharmaceuticals, Inc.
February 17, 2011
Page 2

If voluntary cooperation in the delivery of these materials is not received, Secured Party will make application to the Superior Court of New Jersey, Law Division, Mercer County for an Order to compel cooperation. We trust that will not become necessary.

Advent is entitled to an accounting of the unpaid indebtedness, which will be provided at no charge. This may be obtained by contacting me at Windels Marx Lane & Mittendorf, LLP, 120 Albany Street Plaza, 6th Floor, New Brunswick, N.J. 08901 (Phone: 732-448-2533)

I look forward to Advent's prompt response confirming arrangements to deliver the required materials in a timely manner.

Very truly yours

Windels Marx Lane & Mittendorf, LLP

By: _____
Jay Samuels

cc:   Siddharth Dubal, Esq. (regular mail, fax and email)

Bharat Patel, individually as guarantor (Certified Mail RRR and Regular Mail)

Pragna Patel, individually as guarantor (Certified Mail RRR and Regular Mail)

TheraGen, Inc. (Certified Mail RRR and Regular Mail)

NeilGen Pharma, Inc. (Certified Mail RRR and Regular Mail)

## **CERTIFICATE OF SERVICE**

Shanti Durga, being of full age, hereby certifies as follows:

I am a legal secretary employed by the law firm of Windels Marx Lane & Mittendorf, LLP, attorneys for Plaintiff, UPS Capital Business Credit in this matter.

On Thursday, February 17, 2011, I did serve a Notice of Private Sale that the Lender as secured party of Advent Pharmaceuticals, Inc. ("Advent"), has entered into an agreement with PLD Acquisitions, LLC ("Purchaser") as purchaser to sell the rights of Advent in the Abbreviated New Drug Application for USP 200 mg ibuprofen tablets and caplets, ANDA number 076460 (the "ANDA") by private secured party sale pursuant to the Uniform Commercial Code., on all parties on the attached Service List.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false I am subject to punishment.

                                                                                               _____
                                                                                               Shanti Durga

Dated: February 17, 2011.

{40338093:1}

## Addresses for Notice of Private Sale

## Advent Pharmaceuticals, Inc.

### Via Regular U.S Mail, Fax and E-mail
Siddharta Dubal, Esq.
Dubal Law Offices, LLC
15 Corporate Place South
Suite 319
Piscataway, New Jersey 08820

### Via Certified Mail, RRR & by regular U.S Mail
Bharat Patel
Advent Pharmaceuticals, Inc.
10 Buckingham Drive
East Brunswick, NJ 08816

NeilGen, Pharma, Inc.
10 Buckingham Drive
East Brunswick, NJ 08816

Bharat Patel1
10 Buckingham Drive
East Brunswick, NJ 08816

Pragna Patel
10 Buckingham Drive
East Brunswick, NJ 08816

TheraGen, Inc.
10 Buckingham Drive
East Brunswick, NJ 08816

State of New Jersey, Division of Taxation
Bulk Sales Unit
50 Barrack Street
P.O. Box 269
Trenton, NJ 08695

State of New Jersey, Department of Labor
Division of Wage and Hour Compliance
1 John Fitch Plaza
P.O. Box 389
Trenton, NJ 08625-0389

State of New Jersey, Department of Labor
Division of Employer Accounts
1 John Fitch Plaza
P.O. Box 059
Trenton, NJ 08625-0059

{40338093:1}

State of New Jersey, Division of Taxation
50 Barrack Street
P.O. Box 269
Trenton, NJ 08695

United States Internal Revenue Service
Office of the Chief Counsel
One Newark Center, Suite 1500
Newark, NJ 07102
Re Federal Tax Liens FL-1870221; FL-01930129;
FL-01990109; FL-00001411

United States Internal Revenue Service
Mercer County Office
44 S. Clinton Ave., 3rd Floor
Trenton, NJ 08609-1293
Re Federal Tax Liens FL-1870221; FL-01930129;
FL-01990109; FL-00001411

United States Food and Drug Administration
District Director
FDA Baltimore District Office
6000 Metro Drive
Suite 101
Baltimore, MD 21215

United States Food and Drug Administration
District Director
FDA New Jersey District Office
10 Waterview Boulevard
Third Floor
Parsippany, NJ 07054

The Bank
100 Park Avenue
Woodbury, NJ 08096

Mary Fisher, Esq.
Eisenberg Gold & Cetti
1040 N. Kings Hwy
Cherry Hill, NJ 08034

CIT Communications Finance Corporation
1 CIT Drive
Livingston, NJ 07039

**Samuels, Jay**

| | |
|---|---|
| **From:** | Samuels, Jay |
| **Sent:** | Thursday, February 17, 2011 5:15 PM |
| **To:** | 'Siddharth Dubal' |
| **Subject:** | Advent - Notice of Private Sale |
| **Attachments:** | SFX2C97.pdf |



SFX2C97.pdf (1 MB)

Sid: Notice of Private sale is attached. Jay

1



RECEIVED
MAR 3, 2011
By____

Bharat and Pragna Patel
10 Buckingham drive
East Brunswick, NJ 08816
March 1, 2011

Certified, Regular Mail and Fax

Mr. Jay Samuels
Windels Marsx Lane & Mittendorf, LLP
120 Albany Street Plaza, 6th Floor
New Brunswick, New Jersey 08901

Ref: UPS Capital Business Credit/Advent Pharmaceuticals, Inc
    Private Secured Party Sale of ANDA 076460 (Ibuprofen tablets)

Dear Mr. Samuels;

With reference to above subject please be advised that approach taken by UPS Capital is not acceptable to us. This will not help equity interest of every body including UPS Capital. Such sale will diminish value of entire asset including interest of stake holder.

Sincerely,

Bharat K Patel

CC: Brain Rice, UPS Capital, CT ( Regular Mail and Fax

   Siddharth Dubal, Esq (Regular Mail and e-mail)