TEICH, GROH
691 State Highway 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor(s)
BARRY W. FROST, ESQUIRE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In the Matter of:

ADVENT PHARMACEUTICALS, INC.,

Debtor(s).

Chapter 11

Case No. 11-25437-KCF

NOTICE OF MOTION TO PERMIT THE SALE OF PERSONAL PROPERTY
AND REAL PROPERTY

TO:  UPS Capital Business Credit
c/o Jay Samuels, Esquire
Windels Marx Lane & Mittendorf, LLP
120 Albany Street Plaza, 6th Floor
New Brunswick, NJ 08901

United States Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

All Parties on Attached Service List

PLEASE TAKE NOTICE that on _____, the _____ day of _____, 2011, at eleven o'clock in the morning prevailing time or as soon thereafter as counsel may be heard, the undersigned will apply the Honorable Kathryn C. Ferguson, Bankruptcy Judge at the United States Bankruptcy Court Federal Building, 402 East State Street, Trenton, New Jersey in Courtroom #2 for an Order Permitting the Sale of Personal Property and Real Property by the Debtor pursuant to 11 U.S.C. § 363(b) and (f) with free and clear of all outstanding claim liens and encumbrances with any valid claim, lien and/or encumbrance to attach to the proceeds of sale subject to reasonable costs of sale and costs of administration.

In support of this Motion, the moving party relies upon the certification submitted herewith and oral argument.

                                                      TEICH GROH
                                                     Attorneys for Debtor

Dated: _____                     _____
                                                     Barry W. Frost, Esquire

Service List

Charles Goldberg
c/o Charny Charny & Karpousis
1300 Route 73 Ste 211
Mount Laurel, NJ 08054

Eisenberg Gold & Cettei
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

CIT Communications Finance Corp.
c/o Eichenbaum & Stylianou, LLC
10 Forest Avenue, Suite 300
Paramus, NJ 07653

CIT Communications Finance Corp.
1 CIT Drive
Livingston, NJ 07039

Walder Hayden Brogan, PA
5 Becker Farm Road
Roseland, NJ 07068

Bank of Oklahoma NA
c/o Hill Wallack, LLP
202 Carnegie Center
Princeton, NJ 08540

State of New Jersey
Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08646-0245

G&S Enterprises, Inc.
c/o Hollaway Jones Law Firm, PLLC
407 Julie Rivers Drive
Sugar Land, TX 77478

Blispak Acquisitions Corp.
c/o Paul M. Bangiola
31 Altamont Court
Morristown, NJ 07960

Ampack Company, Inc.
1890 Palmer Avenue
Larchmont, NY 10538


Balloon Stoll Bader, et al
729 Seventh Avenue, 17th Floor
New York, NY 10019

Dinkerray Thaker
c/o Anish A. Joshi
53 Paterson Street
New Brunswick, NJ 08901

ARI Development, Inc.
c/o Schachter Portnoy, LLC
3490 US Route 1, Suite 6
Princeton, NJ 08540

CNA Insurance Companies
PO Box 946220
Maitland, FL 32794

QC, Inc.
1205 Industrial Highway
Southampton, PA 18966

Eastburn & Gray
60 E. Court Street
PO Box 1389
Doylestown, PA 18901

Roshni Patel
Apt 1F
274 Manhatan Avenue
Jersey City, NJ 07307

First International Bank
280 Trumbull Street
Hartford, CT 06103

The Bank
100 Park Avenue
Woodbury, NJ 08096