| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>TEICH GROH<br>691 State Highway 33<br>Trenton, New Jersey 08619<br>Phone: 609-890-1500<br>Attorney for Debtor<br>Barry W. Frost, Esquire<br>Kyle Eingorn, Esquire | |
| In Re:<br><br>ADVENT PHARMACEUTICALS, INC.,<br><br>Debtor(s) | Case No.: 11-25437-KCF<br><br>Hearing Date: October 3, 2011<br><br>Judge: Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 11 |

## NOTICE OF MOTION FOR TO SELL ASSETS FREE AND CLEAR OF INTERESTS PURSUANT TO 11 U.S.C. §363.

Debtor, Advent Pharmaceuticals, Inc. has filed papers with the court to request an Order Approving the Sale of certain assets of the Debtor free and clear of all liens and interests pursuant to 11 U.S.C. §363.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter the Order, or if you want the court to consider your views on the motion, then on or before September 26, 2011, you or your attorney must:

File with the court a written request for a hearing and a written response at:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

**Barry W. Frost, Esq.**
TEICH GROH
691 State Highway 33
Trenton, NJ 08619

Attend the hearing scheduled to be held on October 3, 2011 at 11:00 a.m. in Courtroom 2, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: September 12, 2011                           *s/Kyle Eingorn, Esq.*_____
                                                    Kyle Eingorn, Esq.
                                                    TEICH GROH
                                                    691 State Highway 33
                                                    Trenton, NJ 08619