# TEICH GROH
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS & LIMITED LIABILITY COMPANIES
COUNSELLORS AT LAW

ARTHUR TEICH (1915-1997)
WILLIAM C. GROH, (1921-2007)
BARRY W. FROST*
MICHAEL A. ZINDLER
CAROL OSWALD
CAROL L. KNOWLTON†
ALLEN I. GORSKI†
DEAN S. NALBONE†
GARY R. BACKINOFF†
BRIAN W. HOFMEISTER
JENNIFER ZOSCHAK

RICHARD J. ALPHONSE
REBECCA R. FAULKNER †
KYLE F. EINGORN †

* NJ AND NY BAR
† NJ AND PA BAR

691 STATE HIGHWAY 33
MERCERVILLE
TRENTON, NEW JERSEY 08619-4407

(609) 890-1500

FAX NO. (609) 890-6961

BRANCH OFFICE:

34 FRANKLIN CORNER ROAD
LAWRENCEVILLE, NJ 08648
(609) 844-0488

TINA E. BERNSTEIN
Of Counsel

September 12, 2011

VIA ELECTRONIC FILING
The Honorable Kathryn C. Ferguson, U.S.B.J.
402 East State Street
Trenton, New Jersey 08609

Re: **In Advent Pharmaceuticals, Inc.**
Case No.: 11-25437-KCF

Dear Judge Ferguson:

Pursuant to your request, below please find a status report regarding Advent Pharmaceuticals, Inc.'s Chapter 11 Bankruptcy Case.

At this time, the debtor has executed two contracts of sale with BioComp Pharma, Inc., for the sale of the Cariosprodol ANDA and the Ibuprofen 200 mg ANDA. A motion to approve those sales has been drafted and filed with the Court. The buyer has agreed to pay $750,000.00 for the Ibuprofen ANDA and $150,000.00 for the Carisprodol ANDA, thereby garnering $900,000.00. This sale will continue to reduce the debt owed to the Debtor's creditors. Copies of those contracts are attached as exhibits A and B.

On or about August 17, 2011, the Court approved the sale of the Debtor's real property and the personalty contained therein. A closing was then scheduled, by the parties, for September 14, 2011. However, the Buyer on September 7, 2011 mailed correspondence to Debtor's counsel

indicating that the Buyer wished to cancel the contract. A copy of that letter is attached as Exhibit C. Although, the Buyer has attempted to back out of the contract, the Debtor is working to get that sale back on track.

Regardless of the attempted cancellation of the Sale, the Debtor believes that a sale will take place if not with Winmedix, Inc. than with a new buyer. Therefore, the Debtor believes that with the newly agreed upon contracts for the sale of the ANDAs, it has made sufficient progress to warrant the continued protection pursuant to Chapter 11 of the Bankruptcy Code.

Respectfully Submitted,

Kyle Eingorn

Cc:   Bharat Patel (via email)