UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
Phone: 609-890-1500
Attorney for Debtor
Barry W. Frost, Esquire
Kyle Eingorn, Esquire

| | |
|---|---|
| In Re: | Case No.: 11-25437-KCF |
| ADVENT PHARMACEUTICALS, INC., | Judge: Kathryn C. Ferguson, U.S.B.J. |
| Debtor(s) | Chapter 11 |

## NOTICE OF MOTION TO EXTEND EXCLUSIVITY PERIOD

Debtor, Advent Pharmaceuticals, Inc. has filed papers with the court to request and Order Extending the Exclusivity Period pursuant to 11 U.S.C. §1121(d)(1).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before October 12, 2011, you or your attorney must:

File with the court a written request for a hearing and a written response at:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

**Barry W. Frost, Esq.**
TEICH GROH
691 State Highway 33
Trenton, NJ 08619

Attend the hearing scheduled to be held on October 18, 2011, at 10:00 a.m. in Courtroom 2, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: September 14, 2011

_____
Barry W. Frost, Esq.
TEICH GROH
691 State Highway 33
Trenton, NJ 08619